**CERTIFICATE OF SERVICE**

      I, James A. Bell, IV, hereby certify that a true and correct copy of the foregoing Amended Complaint was filed via the Court's Electronic Case Filing (ECF) system and that the document is available thereon for viewing and downloading. By so filing the foregoing document I caused it to be served, via the Court's ECF system, upon counsel for Defendant, who is a registered ECF user.

                                                             By:    */s/ James A. Bell, IV*
                                                                              James A. Bell, IV

DATED: June 17, 2020