# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KRISA KOTORI,**  *Plaintiff,*  v.  **ILERA HEALTHCARE LLC,**  *Defendant.* | Case No. 2:20-cv-02028-JDW |

## ORDER

**AND NOW**, this 13th day of April, 2021, upon consideration of Plaintiff's email dated April 5, 2021, the Court having informed the parties that (a) it treats Plaintiff's email as a Motion for Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a), and (b) that any dismissal would be with prejudice, the Court having received no objection, and in light of the harm that Defendant would suffer from a dismissal without prejudice, given the time and energy it has already expended in this case, it is **ORDERED** that this Action is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(2). Each side shall bear her or its own costs.

The Clerk shall mark this case closed.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**